RECEIVED
PERRY COUNTY

2021 SEP 29 PM 2: 20

WESLEY T HARLAN
CLERK OF COURT

IN THE COMMON PLEAS COURT
PERRY COUNTY, OHIO

| | |
|---|---|
| HEATHER ANDERS<br>264 DRINLEY DRIVE<br>ZANESVILLE, OH 43701<br>　　Plaintiff<br><br>V<br><br>PERRY COUNTY SHERIFF DEPARTMENT<br>C/O SHERIFF WILLIAM BARKER<br>110 W. BROWN STREET<br>NEW LEXINGTON, OH 43765<br><br>AND<br><br>WILLIAM R. BARKER<br>SHERIFF OF PERRY COUNTY<br>110 W. BROWN STREET<br>NEW LEXINGTON, OH 43765<br><br>AND<br><br>DEPUTY ANDREW LOVE<br>PERRY COUNTY SHERIFF DEPARTMENT<br>110 W. BROWN STREET<br>NEW LEXINGTON, OH 43765<br><br>　　Defendants. | Case Number **21-CV-00215**<br>Judge Tina Boyer<br><br><br><br><br><br><br><br><br><br><u>VERIFIED MOTION FOR *EX PARTE*<br>ORDER FOR IMMEDIATE RETURN<br>OF PERSONAL PROPERTY; MOTION<br>FOR IMMEDIATE RETURN OF<br>RETURN OF PERSONAL PROPERTY</u> |

GOTTLIEB, JOHNSTON,
BEAM & DAL PONTE, PLL

Attorneys At Law
Legal Arts Building
320 Main Street
P.O. Box 190
Zanesville, Ohio
43702-0190
(740) 452-7555
FAX (740) 480-1664
www.ZanesvilleLaw.com

Now comes Plaintiff, by and through counsel, and does hereby move this Court for an *Ex Parte* Order and, subsequently, an Immediate Order in the event that the *ex parte* order is either granted or denied, for the return of specific items of personal property to the Plaintiff. The grounds for this motion and the specific personal property, are more fully

described in the attached copy of a Verified Complaint being filed at this time. The allegations set forth in the Complaint are incorporated herein by reference and for the sake of brevity will not be repeated herein.

Plaintiff has suffered and will continue to suffer irreparable harm in the event that her personal property is not returned to her forthwith. She may suffer the loss of a job, inability to transported herself, to purchase food or other necessary items as well as an inability to obtain medical care and treatment. In the event that the Court denies the request for *ex parte* relief, Plaintiff respectfully requests an expedited hearing on the motion.

RESPECTFULLY SUBMITTED,

Miles D. Fries          (0016415)
**Attorney for Plaintiff**
GOTTLIEB, JOHNSTON, BEAM
& DAL PONTE, P.L.L.
320 Main Street, P.O. Box 190
Zanesville, Ohio 43702-0190
Telephone:    (740) 452-7555
Facsimile:    (740) 480-1664

### VERIFICATION

I, **Heather Anders**, being first duly cautioned and sworn, state that the answers to the foregoing Interrogatories are true and correct to the best of my knowledge and belief.

_____
NAME

STATE OF OHIO          :
                       : ss
COUNTY OF MUSKINGUM    :

Sworn to and subscribed before me this _27th_ day of September 2021, a Notary Public for the State of Ohio, County of Muskingum.

LORI M SHOOK
Notary Public
State of Ohio
My Comm. Expires
July 11, 2026

_____
NOTARY PUBLIC, STATE OF OHIO

**GOTTLIEB, JOHNSTON,**
**BEAM & DAL PONTE, PLL**
Attorneys At Law
Legal Arts Building
320 Main Street
P.O. Box 190
Zanesville, Ohio
43702-0190
(740) 452-7555
FAX (740) 480-1664
www.ZanesvilleLaw.com

### REQUEST FOR SERVICE

Please issue a summons, a copy of the foregoing, upon the Defendants, Perry County Sheriff Department, c/o William Barker, William R. Barker, Sheriff of Perry County and Officer Brian Alexander at the addresses set forth above by personal service by process server Chris Wise and make the same returnable according to law.

_____
Miles D. Fries    (0016415)
**Attorney for Plaintiff**

GOTTLIEB, JOHNSTON,
BEAM & DAL PONTE, PLL
Attorneys At Law
Legal Arts Building
320 Main Street
P.O. Box 190
Zanesville, Ohio
43702-0190
(740) 452-7555
FAX (740) 480-1664
www.ZanesvilleLaw.com