CLERK OF COURTS
COMMON PLEAS COURT
PERRY COUNTY, OHIO
105 NORTH MAIN STREET, PO BOX 67
NEW LEXINGTON, OHIO 43764

# SUMMONS

**HEATHER ANDERS**

                          Plaintiff,

Vs.                                            CASE NO. **21-CV-00215**

**Perry County Sheriff's Dept**
**C/O Sheriff William Barker**

                          Defendant

**Perry County Sheriff's Dept**
**C/O Sheriff William Barker**

**110 W. Brown St.**

**New Lexington, Oh 43764**

To the above named **DEFENDANT**:

    You are hereby summoned that a complaint (a copy of which is hereto attached and made a part hereof) has been filed against you in this court by the **PLAINTIFF** named herein.

    You are required to serve upon the **PLAINTIFF'S** attorney, or upon the **PLAINTIFF** if he has no attorney of record, a copy of your answer to the complaint within 28 days after service of this summons upon you, exclusive of the day of service. Said answer must be filed with this court within three days after service on **PLAINTIFF'S** Attorney.

    The name and address of the **PLAINTIFF'S** attorney is as follows:

        **Miles Douglas Fries**
        **320 Main Street**
        **P.O. Box 190**
        **Zanesville, OH 43702**

    If you fail to appear and defend, judgment by default will be taken against you for the relief demanded in the complaint.

**Dated: October 4, 2021**

Wesley T. Harlan,
Clerk of Courts

By: _____
Clerk/Deputy Clerk

PERRY COUNTY CLERK OF COURTS

Anders, Heather

vs.                          CASE NO. 21-CV-00215

Perry County Sheriff's Dept

\* \* \* \* \* \* \* R E T U R N \* \* \* \* \* \* \*

Received this writ on the _____ day of _____, _____, at _____ o'clock ____.M., and on the _____ day of _____, _____, I served the same on the within named by _____.

RETURN OF SERVICE OF SUMMONS (PERSONAL)
Fees
Service $_____    I received this summons on _____, _____,
Mileage $_____    at _____ o'clock ____.M. and made personal service
Total $_____     upon _____
Date _____   by locating him/her, and tendering a copy of
                        summons and accompanying documents, on
                        _____, _____.

                        Sheriff, Bailiff, Process Server

                        By _____
                        Deputy

RETURN OF SERVICE OF SUMMONS (RESIDENCE)
Fees
Service $_____    I received this summons on _____, _____,
Mileage $_____    at _____ o'clock ____.M. and made residence service
Total $_____     of it upon _____
Date _____   by leaving, at _____ usual place of residence with _____,
                        a person of suitable age and discretion then
                        residing therein, a copy of the summons, _____
                        and accompanying documents, on _____,
                        _____.

                        Sheriff, Bailiff, Process Server

                        By _____
                        Deputy

RETURN OF SERVICE OF SUMMONS (FAILURE TO SERVICE)
Fees
Service $_____    I received this summons on _____, _____,
Mileage $_____    at _____ o'clock ____.M. with instructions to make
Total $_____     personal-residence service upon _____
Date _____   and I was unable to serve a copy of the summons
                        upon him/her for the following reasons: _____
                        _____
                        _____

                        Sheriff, Bailiff, Process Server

                        By _____
                        Deputy

CLERK OF COURTS
COMMON PLEAS COURT
PERRY COUNTY, OHIO
105 NORTH MAIN STREET, PO BOX 67
NEW LEXINGTON, OHIO 43764

## *SUMMONS*

**HEATHER ANDERS**

                Plaintiff,

Vs.                                                                    CASE NO. **21-CV-00215**

**Perry County Sheriff's Dept**
**C/O Sheriff William Barker**

                Defendant

**William R Barker**
**Sheriff Of Perry County**

**110 W. Brown St.**

**New Lexington, Oh 43764**

To the above named **DEFENDANT**:

    You are hereby summoned that a complaint (a copy of which is hereto attached and made a part hereof) has been filed against you in this court by the **PLAINTIFF** named herein.

    You are required to serve upon the **PLAINTIFF'S** attorney, or upon the **PLAINTIFF** if he has no attorney of record, a copy of your answer to the complaint within 28 days after service of this summons upon you, exclusive of the day of service. Said answer must be filed with this court within three days after service on **PLAINTIFF'S** Attorney.

    The name and address of the **PLAINTIFF'S** attorney is as follows:

        **Miles Douglas Fries**
        **320 Main Street**
        **P.O. Box 190**
        **Zanesville, OH 43702**

    If you fail to appear and defend, judgment by default will be taken against you for the relief demanded in the complaint.

                                                                            Wesley T. Harlan,
                                                                             Clerk of Courts

*Dated: October 4, 2021*                                                    By:
                                                                        Clerk / Deputy Clerk

PERRY COUNTY CLERK OF COURTS

Anders, Heather

vs.  CASE NO. 21-CV-00215

Perry County Sheriff's Dept

\* \* \* \* \* \* \* R E T U R N \* \* \* \* \* \* \*

Received this writ on the _____ day of _____, _____, at _____o'clock____.M., and on the _____ day of _____, _____, I served the same on the within named by_____ _____.

RETURN OF SERVICE OF SUMMONS (PERSONAL)
Fees             I received this summons on_____,_____,
Service $_____  at _____o'clock ____.M. and made personal service
Mileage $_____  upon _____
Total   $_____  by locating him/her, and tendering a copy of
Date_____  summons and accompanying documents, on
                  _____,_____.

                  _____
                  Sheriff, Bailiff, Process Server

                  By_____
                  Deputy

RETURN OF SERVICE OF SUMMONS (RESIDENCE)
Fees             I received this summons on_____,_____,
Service $_____  at _____o'clock____.M. and made residence service
Mileage $_____  of it upon _____
Total   $_____  _____
Date_____  by leaving, at _____usual place of residence with
                  _____,
                  a person of suitable age and discretion then
                  residing therein, a copy of the summons,_____
                  and accompanying documents, on _____,
                  _____.

                  _____
                  Sheriff, Bailiff, Process Server

                  By_____
                  Deputy

RETURN OF SERVICE OF SUMMONS (FAILURE TO SERVICE)
Fees             I received this summons on _____,_____,
Service $_____  at _____o'clock____.M. with instructions to make
Mileage $_____  personal-residence service upon _____
Total   $_____  _____
Date_____  and I was unable to serve a copy of the summons
                  upon him/her for the following reasons:_____
                  _____
                  _____

                  _____
                  Sheriff, Bailiff, Process Server

                  By_____
                  Deputy

CLERK OF COURTS
COMMON PLEAS COURT
PERRY COUNTY, OHIO
105 NORTH MAIN STREET, PO BOX 67
NEW LEXINGTON, OHIO 43764

## *SUMMONS*

**HEATHER ANDERS**
                     Plaintiff,

Vs.                                        CASE NO. **21-CV-00215**

**Perry County Sheriff's Dept**
**C/O Sheriff William Barker**

                     Defendant

**Deputy Andrew Love**
**Perry County Sheriff Dept**

**110 W. Brown St.**

**New Lexington, Oh 43764**

To the above named **DEFENDANT**:

    You are hereby summoned that a complaint (a copy of which is hereto attached and made a part hereof) has been filed against you in this court by the **PLAINTIFF** named herein.

    You are required to serve upon the **PLAINTIFF'S** attorney, or upon the **PLAINTIFF** if he has no attorney of record, a copy of your answer to the complaint within 28 days after service of this summons upon you, exclusive of the day of service. Said answer must be filed with this court within three days after service on **PLAINTIFF'S** Attorney.

    The name and address of the **PLAINTIFF'S** attorney is as follows:

        **Miles Douglas Fries**
        **320 Main Street**
        **P.O. Box 190**
        **Zanesville, OH 43702**

    If you fail to appear and defend, judgment by default will be taken against you for the relief demanded in the complaint.

*Dated: October 4, 2021*

                                              Wesley T. Harlan,
                                              Clerk of Courts
                                         By: _____
                                             Clerk / Deputy Clerk

PERRY COUNTY CLERK OF COURTS

Anders, Heather

vs.                                                    CASE NO. 21-CV-00215

Perry County Sheriff's Dept

\* \* \* \* \* \* \* R E T U R N \* \* \* \* \* \* \*

Received this writ on the _____ day of _____, _____, at _____ o'clock ____.M., and on the _____ day of _____, _____, I served the same on the within named by _____.

RETURN OF SERVICE OF SUMMONS (PERSONAL)
Fees
Service $_____     I received this summons on _____, _____,
Mileage $_____     at _____ o'clock ____.M. and made personal service
Total   $_____     upon _____
Date    _____      by locating him/her, and tendering a copy of
                     summons and accompanying documents, on
                     _____, _____.

                     _____
                     Sheriff, Bailiff, Process Server

                     By_____
                     Deputy

RETURN OF SERVICE OF SUMMONS (RESIDENCE)
Fees
Service $_____     I received this summons on _____, _____,
Mileage $_____     at _____ o'clock ____.M. and made residence service
Total   $_____     of it upon _____
Date    _____      by leaving, at _____ usual place of residence with
                     _____,
                     a person of suitable age and discretion then
                     residing therein, a copy of the summons, _____
                     and accompanying documents, on _____,
                     _____.

                     _____
                     Sheriff, Bailiff, Process Server

                     By_____
                     Deputy

RETURN OF SERVICE OF SUMMONS (FAILURE TO SERVICE)
Fees
Service $_____     I received this summons on _____, _____,
Mileage $_____     at _____ o'clock ____.M. with instructions to make
Total   $_____     personal-residence service upon _____
Date    _____      and I was unable to serve a copy of the summons
                     upon him/her for the following reasons: _____
                     _____
                     _____

                     _____
                     Sheriff, Bailiff, Process Server

                     By_____
                     Deputy