PERRY COUNTY CLERK OF COURTS

Anders, Heather

vs.

Perry County Sheriff's Dept

CASE NO. 21-CV-00215

RECEIVED
PERRY COUNTY
2021 OCT -6 PM 1: 26

WESLEY T. HARLAN
CLERK OF COURT

* * * * * * * R E T U R N * * * * * * *

Received this writ on the _4Th_ day of _October_ _1:35_ o'clock _P_.M., and on the _4Th_ day of _October_ _2021_, I served the same on the within named by _personal service_.

RETURN OF SERVICE OF SUMMONS (PERSONAL)
Fees
Service $_____
Mileage $_____
Total $_____
Date_____

I received this summons on _October 4_, _2021_, at _1:35_ o'clock _P_.M. and made personal service upon _Deputy Andrew Love_ by locating him/her, and tendering a copy of summons and accompanying documents, on _October 4_, _2021_.

_Christopher J Wise_
Sheriff, Bailiff, Process Server

By_____
Deputy

RETURN OF SERVICE OF SUMMONS (RESIDENCE)
Fees
Service $_____
Mileage $_____
Total $_____
Date_____

I received this summons on _____, _____, at _____ o'clock ___.M. and made residence service of it upon _____ by leaving, at _____ usual place of residence with _____, a person of suitable age and discretion then residing therein, a copy of the summons, _____ and accompanying documents, on _____.

_____
Sheriff, Bailiff, Process Server

By_____
Deputy

RETURN OF SERVICE OF SUMMONS (FAILURE TO SERVICE)
Fees
Service $_____
Mileage $_____
Total $_____
Date_____

I received this summons on _____, _____, at _____ o'clock ___.M. with instructions to make personal-residence service upon _____ and I was unable to serve a copy of the summons upon him/her for the following reasons: _____

_____
Sheriff, Bailiff, Process Server

By_____
Deputy

CLERK OF COURTS
COMMON PLEAS COURT
PERRY COUNTY, OHIO
105 NORTH MAIN STREET, PO BOX 67
NEW LEXINGTON, OHIO 43764

RECEIVED
PERRY COUNTY

2021 OCT -6 PM 1: 26

## SUMMONS

WESLEY T HARLAN
CLERK OF COURT

**HEATHER ANDERS**
                    Plaintiff,
Vs.                                      CASE NO.  **21-CV-00215**
**Perry County Sheriff's Dept**
**C/O Sheriff William Barker**

                    Defendant

**Deputy Andrew Love**
**Perry County Sheriff Dept**

**110 W. Brown St.**

**New Lexington, Oh 43764**

To the above named **DEFENDANT**:

    You are hereby summoned that a complaint (a copy of which is hereto attached and made a part hereof) has been filed against you in this court by the **PLAINTIFF** named herein.

    You are required to serve upon the **PLAINTIFF'S** attorney, or upon the **PLAINTIFF** if he has no attorney of record, a copy of your answer to the complaint within 28 days after service of this summons upon you, exclusive of the day of service. Said answer must be filed with this court within three days after service on **PLAINTIFF'S** Attorney.

    The name and address of the **PLAINTIFF'S** attorney is as follows:

        **Miles Douglas Fries**
        **320 Main Street**
        **P.O. Box 190**
        **Zanesville, OH 43702**

    If you fail to appear and defend, judgment by default will be taken against you for the relief demanded in the complaint.

*Dated: October 4, 2021*

Wesley T. Harlan,
Clerk of Courts

By: _____
Clerk / Deputy Clerk